IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR151 |
|---|---|---|
| v. | : | JUDGE THOMAS M. ROSE |
| **DION L. ROSS (1)** | : | **ORDER UNSEALING CASE** |
| **JEFFREY BURNEY (2)** | : | |
| **EDWARD D. REED (3)** | : | |

Upon motion of the United States the above captioned case is hereby ordered unsealed.

DATE: 1-14-13

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT